**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DAVID GRIMSLEY**                                                          **PLAINTIFF**

**v.**                          **No. 3:26-cv-00168-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                            **DEFENDANT**

## ORDER

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED.

Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will

notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules

for Social Security Actions Under 42 U.S.C. § 405(g).

So Ordered 16 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE